Kareemah BELL–BOSTON, Appellant

v.

**HARRIET TUBMAN WOMEN'S 12 HOUR LOW BARRIER SHELTER, et al., Appellees.**

No. 08–7139.

United States Court of Appeals, District of Columbia Circuit.

Feb. 19, 2009.

Kareemah Bell–Boston, Landover Hills, MD, for Appellant.

BEFORE: SENTELLE, Chief Judge, and TATEL and BROWN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the amended brief filed by appellant. *See*

Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 14, 2008 be affirmed. The court did not err in dismissing the complaint without prejudice for lack of subject matter jurisdiction. *See, e.g.,* 28 U.S.C. §§ 1331 & 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.